United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 11, 2006**

Charles R. Fulbruge III
Clerk

UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

<hr>

06-40564
Summary Calendar

<hr>

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

GREGORY ADAM GEORGE,

Defendant-Appellant.

<hr>

Appeal from the United States District Court for the
Eastern District of Texas, Beaumont Division
No. 1:05-CR-97

<hr>

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Court appointed counsel for Gregory Adam George has moved for leave to withdraw from this appeal and has filed a brief as required by *Anders v. California,* 386 U.S. 738 (1967). George has not filed a response.

Our independent review of the brief and the record discloses

<hr>

[*] Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

no nonfrivolous issue for appeal.  Accordingly, counsel's motion for leave to withdraw is GRANTED.  Counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  See 5th Cir. R. 42.2.